Eddie DIXON *v.* STATE of Arkansas
and
Elzie BROADNAX *v.* STATE of Arkansas

CR 80-79 & CR 80-81                              598 S.W. 2d 755
Supreme Court of Arkansas
May 27, 1980

## PER CURIAM

Temporary writs of prohibition were granted in these cases pending a decision regarding the Juvenile Code of Arkansas of 1975.

Our decision, this date, in *Sargent* v. *Cole*, 269 Ark. 121, 598 S.W. 2d 749 (1980), held that a juvenile over 15 years of age, charged with a criminal act, could be tried in circuit court. Therefore, the temporary writs granted in these cases are dissolved and the appeals are dismissed.